IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNIVERSITY OF WISCONSIN HOSPITALS AND CLINICS AUTHORITHY, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case No.  15-cv-280-bbc |
| v. | |
| BANK OF AMERICA GROUP BENEFITS PROGRAM , | |
| Defendant. | |

This action came before the court for consideration with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Bank of America Group Benefits Program granting its motion for Summary Judgment and dismissing this case.

| | |
|---|---|
| s/V. Olmo, Deputy Clerk | 5/10/2016 |
| Peter Oppeneer, Clerk of Court | Date |